```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
HOME DEPOT U.S.A., INC.,                :   Misc. Action No. 7:23-mc-00014
                                        :
                    Plaintiff,          :   [PROPOSED] ORDER GRANTING
                                        :   PLAINTIFF'S MOTION TO COMPEL
vs.                                     :   DEFENDANT TO COMPLY WITH
                                        :   SUBPOENA
TELADOC HEALTH, INC.,                   :
                                        :
                    Defendant.          :
                                        :
---------------------------------------x

**THIS CAUSE,** having come before the Court upon the motion of Plaintiff Home Depot U.S.A., Inc., for an Order compelling Defendant Teladoc Health, Inc., to comply with a Subpoena issued pursuant to Rule 45 of the Federal Rules of Civil Procedure; and the Court having considered the submissions of the parties, and for good cause having been shown for the entry of this Order;

**IT IS** on this ___17___ day of ___Janaury___, 2023,

1.    **ORDERED** that the Plaintiff Home Depot U.S.A., Inc.'s motion to compel Defendant Teladoc Health, Inc., to comply with a Subpoena is **GRANTED**; and it is further

2.    **ORDERED** that Defendant Teladoc Health, Inc. shall provide Home Depot U.S.A., Inc., with the address and telephone number for Teladoc care provider Charles Vaughn Smith within ten (10) days of receipt of this Order; and it is further

FIRM:57770094v1

2

3. **ORDERED** that Plaintiff Home Depot U.S.A., Inc., may submit an application for fees and expenses incurred in bringing this matter within fourteen (14) days of the date of this Order.

Dated: January 17, 2023
       White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

The Clerk of the Court is kindly directed to terminate the motion at ECF No. 6.

Copies provided to:
All Counsel of Record

FIRM:57770094v1