```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOME DEPOT U.S.A., INC.,

              Plaintiff,

vs.

TELADOC HEALTH, INC.,

              Defendant.

Misc. Action No. 7:23-mc-00014

[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR REIMBURSEMENT OF FEES AND EXPENSES**

---

**THIS CAUSE,** having come before the Court upon the motion of Plaintiff Home Depot U.S.A., Inc., pursuant to Paragraph 3 of the January 17, 2023 Order entered in this matter (ECF No. 11), for an Order for reimbursement of fees and expenses from Defendant Teladoc Health, Inc.; and the Court having considered the submissions of the parties, and for good cause having been shown for the entry of this Order;

**IT IS** on this 6th day of February, 2023,

1.    **ORDERED** that the Plaintiff Home Depot U.S.A., Inc.'s motion for reimbursement of fees and expenses is **GRANTED**; and it is further

2.    **ORDERED** that Defendant Teladoc Health, Inc. shall reimburse Home Depot U.S.A., Inc., for fees and expenses in the amount of $2,284.00, within ten (10) days of receipt of this Order.

The Clerk of the Court is kindly directed to terminate the motion at ECF No. 14.

Dated: February 6, 2023
White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record

1

FIRM:57827916v1