```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――x

HOME DEPOT U.S.A., INC.,

                Plaintiff,

vs.

TELADOC HEALTH, INC.,

                Defendant.

―――――――――――――――――――――――x

Misc. Action No. 7:23-mc-00014

**AMENDED ORDER GRANTING PLAINTIFF'S MOTION FOR REIMBURSEMENT OF FEES AND EXPENSES**

      **THIS CAUSE**, having come before the Court upon the motion of Plaintiff Home Depot U.S.A., Inc., pursuant to Paragraph 3 of the January 17, 2023 Order entered in this matter (ECF No. 11), for an Order for reimbursement of fees and expenses from Defendant Teladoc Health, Inc.; and the Court having considered the submissions of the parties, and for good cause having been shown for the entry of this Order;

      **IT IS** on this 6th day of February, 2023,

      1.    **ORDERED** that the Plaintiff Home Depot U.S.A., Inc.'s motion for reimbursement of fees and expenses is **GRANTED**; and it is further

      2.    **ORDERED** that Defendant Teladoc Health, Inc. shall reimburse Home Depot U.S.A., Inc., for fees and expenses in the amount of $2,284.00, within ten (10) days of receipt of this Order.

The Clerk of the Court is kindly directed to terminate the motion at ECF No. 14, and to terminate the case. Plaintiff's counsel is directed to mail a copy of this order to Defendant and file proof of service on the docket.

Dated: February 6, 2023
White Plains, NY

SO ORDERED:

_/s/ Nelson S. Roman_
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record

1